# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

DAVID T. HARMON,

Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

Defendant.

Case No. 4:21-cv-01407

Honorable Alfred H. Bennett

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES DAVID T. HARMON ("Plaintiff"), by and through his undersigned attorney, and in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: August 23, 2021

Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim Esq.
Federal I.D. 3098183
*Counsel for Plaintiff*
Admitted in the Southern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181 x113
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE  OF SERVICE**

I, the undersigned,  hereby certify  that on August  23, 2021 a true  and correct  copy of the

above  and  foregoing  document  was  filed  with  the  Court  and  served  on  all  parties  requested

electronic  notification.


*/s/ Nathan C. Volheim*
Nathan C. Volheim  Esq.