Case 4:21-cv-01407   Document 13   Filed on 09/13/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID T. HARMON, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-01407 |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed August 23, 2021 (Doc # 12), this case is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 09/13/2021.

_____
The Honorable Alfred H. Bennett
United States District Judge